**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE THREE TWO INC., dba OBEY CLOTHING, a California corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>REYNALDO OROZCO, an individual; ERIC OROZCO, an individual; L.O.L. FUNNY T-SHIRTS, an unknown business entity; LA RAZA INK CLOTHING, an unknown business entity; OROZCO SCREEN CO., an unknown business entity; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. CV 12-2988 MMM (PJWx)<br><br>JUDGMENT FOR PLAINTIFFS |

On July 31, 2013, the court granted plaintiff's motion for entry of default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

    1. That defendants, their officers, agents, servants and employees, and any persons in active concert or participation with them, are permanently restrained and enjoined from infringing the Obey Marks in any manner, including, but not limited to, by manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products that bear marks identical and/or confusingly similar to the Obey Marks; passing off, or inducing or enabling others to sell or

pass off, any products or other items that are not plaintiff's genuine merchandise as genuine plaintiff merchandise; and in any manner shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of items falsely bearing the Obey Marks, or any reproduction, counterfeit, copy or colorable imitation thereof;

2. That plaintiff recover statutory damages from defendants in the amount of $200,000; and

3. That plaintiff recover its costs of suit herein.

DATED: July 31, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2